UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JUDICIAL COUNCIL OF CALIFORNIA, SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF MARIN (MC COURT), et al.,<br><br>    Defendants. | Case No. 20-cv-06764-PJH<br><br>**JUDGMENT** |

The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: December 21, 2020

                                                          /s/ Phyllis J. Hamilton
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge